# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>GARY RAGAN,<br><br>        Defendant(s). | 2:12-CR-280 JCM (PAL) |

## ORDER

Presently before the court is Michael P. Kimbrell's motion to withdraw as counsel for defendant Gary Ragan. (Doc. # 8). The government has not responded.

Defendant appeared before the court on August 24, 2012, and pleaded guilty to one count of the information which charged defendant with federal program bribery under 18 U.S.C. § 666(a)(1)(B) and aiding and abetting under 18 U.S.C. § 2. (Doc. # 7). Mr. Kimbrell represented defendant at this appearance.

The declaration accompanying the motion to withdraw as counsel asserts that counsel is a judge advocate in the Nevada Amy National Guard-reservist and is being deployed to Afghanistan for 200-400 days beginning November 30, 2012. (Doc. # 8, 4, ¶¶ 2-3). Counsel further represents that he has met with the government and the government has expressed no objection. (Doc. # 8, 4, ¶ 6).

A sentencing hearing is currently scheduled in this matter for November 30, 2012, at 11:00 a.m., (doc. # 7), at which defendant requires representation.

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Mr. Kimbrell's motion to withdraw as counsel for defendant Gary Ragan (doc. # 8) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that Mr. Kimbrell inform the CJA panel of his withdrawal to facilitate reassignment of new counsel for defendant Gary Ragan.

DATED November 6, 2012.

_____
UNITED STATES DISTRICT JUDGE